IN RE:                          FILED          CASE NO. 08-53969

WILLIAM J. MICHL       2010 SEP 15 PM 1: 13      CHAPTER 7

        Debtor              U.S. BANKRUPTCY COURT      REPORT OF UNCLAIMED
                                NORTHERN DISTRICT OF O.      DIVIDEND
                                     AKRON

     Harold A. Corzin, Trustee herein, reports that check #103 was issued on June 10, 2010 to the claimant set forth in the attached Stale Check Report as and for a first and final dividend in this estate, in the amount set forth therein, but that said check has not been negotiated. The Trustee thus issues check #108 to the Clerk of Courts in the amount of $784.76 as and for an unclaimed dividend herein for the Claimant as set forth in the attached Stale Check Report.

                                    _____
                                    HAROLD A. CORZIN, TRUSTEE
                                    304 N. Cleveland-Massillon Road
                                    Akron, Ohio 44333
                                    (330) 670-0770
                                    (330) 670-0297 Facsimile
                                    Hcorzin@csu-law.com

September 10, 2010

cc: U. S. Trustee

# Stale Check Report

Trustee: HAROLD A. CORZIN (550340)
Case: 08-53969 - MICHL, WILLIAM J.

| Account No. | Check No. | Issued | Payee | | Check Amount |
|---|---|---|---|---|---|
| 9200-02554984-66 | 108 | 09/10/10 | U. S. BANKRUPTCY COURT | | $784.76 |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200-02554984-66 | 3 | 103 | 04/08/09 | 610 | CACH, LLC<br>4340 S. Monaco Street 2nd Floor<br>Denver, CO 80237 | 37,888.78 | 37,888.78 | 784.76 | 784.76 |

*Ck # 108*
*receipt # 81771*

(*) Denotes objection to Amount Filed    (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.

08-53969-mss    Doc 25    FILED 09/15/10    ENTERED 09/15/10 16:14:43    Page 2 of 2